IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**FERRETERIA SANTA ROSA INC.**<br><br>DEBTOR | **CASE NO. 10-05867 (SEK)**<br><br>CHAPTER 7 |

**APPLICATION FOR APPOINTMENT OF ATTORNEY FOR THE ESTATE**

TO THE HONORABLE COURT:

COMES NOW, Wilfredo Segarra Miranda, duly appointed and acting Chapter 7 Trustee of this case, applicant in this matter, who applies to the court for the approval of WILFREDO SEGARRA MIRANDA, ESQ. as attorney for this bankruptcy estate and respectfully states as follows:

1. The above captioned petition was filed under Chapter 7 on April 1, 2010.
2. The undersigned trustee seeks to employ WILFREDO SEGARRA MIRANDA, ESQ. as the bankruptcy estate attorney. Applicant has chosen WILFREDO SEGARRA MIRANDA, ESQ. Law firm because the legal intricacies in this case warrant an in depth analysis beyond the knowledge and expertise held by the average trustee. The appearing applicant is well qualified to perform the work required in this case.
3. The applicant proposes to retain WILFREDO SEGARRA MIRANDA, ESQ. law firm for general legal counseling services in connection with this bankruptcy petition. Upon preliminary review of this case, the trustee has identified the following matters which due to their legal nature require assistance of an attorney. Specifically, the undersigned law firm will represent this bankruptcy estate in the following tasks: as general counsel to the estate including Contested matters and\or adversary proceedings in Federal and State Court.
4. The terms of the employment of said attorney, subject to the approval of the Court will be $ 200.00 per hour of service for WILFREDO SEGARRA MIRANDA, ESQ., plus out of pocket expenses.
5. To the best off applicant's knowledge, the professionals whose employment is sought have no connection with the debtor, the creditors, any party in interest, their attorneys, and the U.S. Trustee's Office of any person employed by said office.

WHEREFORE, applicant prays for an order authorizing him/her to employ WILFREDO SEGARRA MIRANDA, ESQ. for the following purpose: to represent debtor in Contested matters and\or adversary proceedings in Federal and State Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18 day of July, 2011.

**NOTICE IS FURTHER GIVEN** that, unless a party in interest files a written objection, with a copy thereof served to the trustee, within *Twenty-one (21 )* from the date of this Notice and additional three(3) days pursuant to Fed. R. Bank P. 9006(f) the Court may enter an Order granting the application for employment of this attorney without the need of a hearing. Should a timely objection be filed, a hearing of such objection will be scheduled by the Court. Pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless(1) the requested relief is forbidden by law(ii) the requested relief is against public policy; or(iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that a copy of the following was filed electronically through CM/ECF and therefore electronically notified. In addition, copies of this motion were sent by trustee to the debtor at the address of record and to all creditors and parties in interest.

/s/ Wilfredo Segarra Miranda
**WILFREDO SEGARRA MIRANDA**
**CHAPTER 7 TRUSTEE**
PO Box 9023385
San Juan, PR 00902-3385
Tel. (787)725-6160 / Fax (787) 977-2288

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**FERRETERIA SANTA ROSA INC.** | **CASE NO. 10-05867 (SEK)**<br><br>CHAPTER 7 |

**VERIFIED DECLARATION UNDER PENALTY OF PERJURY**

**TO THE HONORABLE COURT:**

I, **Wilfredo Segarra Miranda, Esq.,** declare under penalty of perjury as follows:

1. I am an attorney admitted to practice by the Supreme Court of the Commonwealth of Puerto Rico, by the United States Court of Appeals for the First Circuit and by the United States Court for the District of Puerto Rico.

2. I maintain an office for the practice of law at **Wilfredo Segarra Miranda Law Offices,** 201 Tetuán Street, Suite 700, Old San Juan, Puerto Rico, and Phone No. (787)725-6160.

3. I have agreed to serve as attorney in the above-captioned proceedings.

4. Neither I nor any member of this law office holds or represents any interest adverse to the estate of the above-named debtor.

5. Neither I nor any member of the law office has any connection with the debtor, the creditors, and any party in interest, their attorneys, and the U.S. Trustee's Office or any person employed by said office.

6. I am, and each member of the law office is, a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

7. I have not agreed to share with any person, except members of my law office, the compensation to be paid for the services rendered in this case.

8. The terms of compensation agreed to are as follows: **Two Hundred dollars ($200.00)** per hour plus expenses.

9. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

10. I have reviewed the provisions of LBR 2016-1.

In San Juan, Puerto Rico, this 18 day of July, 2011.

**/s/ Wilfredo Segarra Miranda**
WILFREDO SEGARRA MIRANDA, ESQ.
Bar No. 126705
PO Box 9023385
San Juan, Puerto Rico  00902-3385
Tel. (787)725-6160/Fax(787)977-2288
Email: segarralaw@prtc.net

# WILFREDO SEGARRA MIRANDA

201 Tetuán Street, Suite 700
Old San Juan, P.R. 00901
Tel. (787) 725-6160 // Fax: (787)977-2288
Email: <wisegar@hotmail.com>

**EDUCATION**  *UNIVERSITY OF PUERTO RICO LAW SCHOOL*
Hato Rey, P. R.
JURIS DOCTOR, ***MAGNA CUM LAUDE***, 1979
Admitted Commonwealth of Puerto Rico Bar 1979
Admitted Court of Appeals, First Circuit 1980
Admitted to the Bar: United States District Court for the District of Puerto Rico 1979

*CLARK UNIVERSITY*
Worcester, MA
BACHELOR OF ARTS DEGREE, 1976

**PROFESSIONAL EXPERIENCE**

February, 1993 to Present — ***Wilfredo Segarra Miranda Law Office***
Firm owner, Manager and Chief Counsel Concentrating in the Practice of Bankruptcy Law, Torts and Commercial Litigation.

May, 1990 to February, 1993 — ***Carlo & Troncoso Law Firm***
Associate Counsel, Practice included Torts, Bankruptcy Law, and Commercial Litigation.

August, 1989 to April, 1990 — ***M. A. Cortes Colon Law Firm***
Associate Counsel, Commercial, Consumer Law and Bankruptcy Litigation.

April, 1984 to July, 1989 — ***Bird & Bird Law Firm***
Associate Counsel, Litigation in Admiralty Law, Torts and Bankruptcy.

February, 1982 to March, 1984 — ***Wilfredo Segarra Miranda Law Office***
Firm owner, Manager and Chief Counsel, concentrating in Bankruptcy Law, Torts, Collection of Monies and commercial Litigation.

February, 1980 to January, 1982 — ***Harry A. Ezratty Law Firm***
Associate Counsel, Litigation in Admiralty Law, Torts and Bankruptcy.

**LANGUAGES**  Fluent in Spanish and English.

**SKILLS:**  As Bankruptcy Counsel for G.E. Capital Corp. of P.R. since 1982, have extensive experience in the analysis and review of financial statements, identification and valuation of assets, public sales and foreclosures, both in State and Federal Courts.

**REFERENCES**  Available upon request.