# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 10-05867 SEK Judge: DE JESUS, SARA  
Case Name: FERRETERIA SANTA ROSA, INC.  
For Period Ending: 06/30/11  

Trustee Name: WILFREDO SEGARRA-MIRANDA  
Date Filed (f) or Converted (c): 06/30/10 (f)  
341(a) Meeting Date: 08/04/10  
Claims Bar Date: 01/26/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Banco Popular Account: 2216 Checkings | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash Register | 175.00 | 175.00 | | 200.00 | FA |
| NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE FILED 07/06/10 (DOC #6); MINUTES OF PUBLIC SALE FILED 07/20/10 (DOC #10) | | | | | |
| 3. Finger | 3,500.00 | 3,500.00 | | 200.00 | FA |
| SOLD TOGETHER WITH ASSETS #2 | | | | | |
| 4. Saw | 250.00 | 250.00 | | 200.00 | FA |
| SOLD TOGETHER WITH ASSETS #2 | | | | | |
| 5. Screw making machine | 450.00 | 450.00 | | 200.00 | FA |
| SOLD TOGETHER WITH ASSETS #2 | | | | | |
| 6. Inventory | 16,475.56 | 16,475.56 | | 200.00 | FA |
| SOLD TOGETHER WITH ASSETS #2 | | | | | |
| 7. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 10,680.98 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.03 | FA |
| TOTALS (Excluding Unknown Values) | $20,850.56 | $20,850.56 | | $11,692.01 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

APPLICATION TO EMPLOY SPECIAL COUNSEL (WSM) FILED DOC. 34

NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE FILED 07/06/10 (DOC #6); MINUTES OF PUBLIC SALE FILED 07/20/10 (DOC #10)

Initial Projected Date of Final Report (TFR): 03/26/12   Current Projected Date of Final Report (TFR): 03/26/12

/s/ WILFREDO SEGARRA-MIRANDA  
_____ Date: 08/05/11  
WILFREDO SEGARRA-MIRANDA