# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 10-05867 -SEK | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|---|---|
| Case Name: | FERRETERIA SANTA ROSA, INC. | Bank Name: | BANCO SANTANDER, P.R. |
| | | Account Number / CD #: | *******5491 BANCO SANTANDER, P.R. |
| Taxpayer ID No: | *******7928 | | |
| For Period Ending: | 06/30/11 | Blanket Bond (per case limit): | $ 10,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/10 | * NOTE * | SANTANDER | SALE | 1129-000 | 1,000.00 | | 1,000.00 |
| | | | * NOTE * Properties 2, 3, 4, 5, 6 | | | | |
| * 07/21/10 | 7 | JOSE MONSERRATE RODRIGUEZ | ACCT. REC. | 1121-003 | 208.38 | | 1,208.38 |
| 07/21/10 | 7 | ALWIN L. TORRES ORTIZ | ACCT. REC. | 1121-000 | 100.00 | | 1,308.38 |
| * 07/21/10 | 7 | JOSE MONSERRATE RODRIGUEZ | ACCT. REC. | 1121-003 | 133.75 | | 1,442.13 |
| 07/21/10 | 7 | JOSE E. CATALA PUIG | ACCT. REC. | 1121-000 | 194.74 | | 1,636.87 |
| 07/21/10 | 7 | KENNIE ALOMAR MELENDEZ | ACCT. REC. | 1121-000 | 148.11 | | 1,784.98 |
| 07/21/10 | 7 | DANOY LOPEZ MARIN | ACCT. REC. | 1121-000 | 111.23 | | 1,896.21 |
| * 07/21/10 | 7 | JOSE R. MONSERRATE TODRIGUEZ | ACCT. REC. | 1121-003 | 256.80 | | 2,153.01 |
| 07/21/10 | 7 | INTERCONTINENTAL MARKETING GROUP | ACCT. REC. | 1121-000 | 20.00 | | 2,173.01 |
| 07/21/10 | 7 | MOGUEL AT WORKS CONSTRACTORS CORP | ACCT. REC. | 1121-000 | 478.29 | | 2,651.30 |
| 07/21/10 | 7 | SALVADOR APONTE GARAY DBA SALVADOR CONSTRUCTION | ACCT. REC. | 1121-000 | 627.00 | | 3,278.30 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 100.00 | | 3,378.30 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 100.00 | | 3,478.30 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LAMUSICA DEL AYER | ACCT. REC. | 1121-000 | 100.00 | | 3,578.30 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 144.45 | | 3,722.75 |
| 07/21/10 | 7 | CARMEN SANTIAGO DIAZ | ACCT. REC. | 1121-000 | 293.15 | | 4,015.90 |
| 07/21/10 | 7 | ARCADIO PIZARRO FUENTES | ACCT. REC. | 1121-000 | 114.22 | | 4,130.12 |
| 07/21/10 | 7 | MEGA LIFT SOLUTIONS | ACCT. REC. | 1121-000 | 12.60 | | 4,142.72 |
| 07/21/10 | 7 | MANUEL SANTIAGO RIOS | ACCT. REC. | 1121-000 | 104.32 | | 4,247.04 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 398.00 | | 4,645.04 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 664.00 | | 5,309.04 |
| 07/21/10 | 7 | DR. ALWIN L. TORRES ORTIZ | ACCT. REC. | 1121-000 | 126.57 | | 5,435.61 |
| 07/21/10 | 7 | ONELIA AMADOR MELENDEZ | ACCT. REC. | 1121-000 | 30.00 | | 5,465.61 |
| 07/21/10 | 7 | AMADA RIVERA RODRIGUEZ | ACCT. REC. | 1121-000 | 57.78 | | 5,523.39 |
| 07/21/10 | 7 | FRANCISCO PADILLA LOPEZ | ACCT. REC. | 1121-000 | 72.49 | | 5,595.88 |
| 07/21/10 | 7 | ANNIE CARBONELL BERRIOS | ACCT. REC. | 1121-000 | 50.00 | | 5,645.88 |
| 07/21/10 | 7 | GFR CONSTRUCTION CORP | ACCT. REC. | 1121-000 | 85.60 | | 5,731.48 |
| 07/21/10 | 7 | ARCADIO PIZARRO FUENTES | ACCT. REC. | 1121-000 | 86.67 | | 5,818.15 |
| 07/21/10 | 7 | FRANCISCO PADILLA LOPEZ | ACCT. REC. | 1121-000 | 62.00 | | 5,880.15 |
| 07/21/10 | 7 | JULIO GARCIA PEREZ | ACCT. REC. | 1121-000 | 78.11 | | 5,958.26 |
| 07/21/10 | 7 | MTG CABINETS | ACCT. REC. | 1121-000 | 11.77 | | 5,970.03 |
| * 07/21/10 | 7 | LAURA RAMOS PENA | ACCT. REC. | 1121-003 | 8.35 | | 5,978.38 |
| * 07/21/10 | 7 | LAURA RAMOS PENA | ACCT. REC. | 1121-003 | 8.35 | | 5,986.73 |
| 07/21/10 | 7 | SYLVIA SANTIAGO RODRIGUEZ | ACCT. REC. | 1121-000 | 61.53 | | 6,048.26 |
| 07/21/10 | 7 | AMELIA MARRERO RIVERA | ACCT. REC. | 1121-000 | 25.00 | | 6,073.26 |
| 07/21/10 | 7 | MARIEL ARRAIZA ANTONMATTEI | ACCT. REC. | 1121-000 | 78.54 | | 6,151.80 |
| 07/21/10 | 7 | AMADA RIVERA RODRIGUEZ | ACCT. REC. | 1121-000 | 74.90 | | 6,226.70 |
| * 07/21/10 | 7 | A.B.C. PLUMBING | ACCT. REC. | 1121-003 | 40.82 | | 6,267.52 |

PFORM24

Ver: 16.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 10-05867 -SEK | | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|---|---|---|
| Case Name: | FERRETERIA SANTA ROSA, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******5491 BANCO SANTANDER, P.R. |
| Taxpayer ID No: | *******7928 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | $ 10,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/10 | 7 | CLARA RESTO GARCIA | ACCT. REC. | 1121-000 | 31.03 | | 6,298.55 |
| 07/21/10 | 7 | FJ WELDING & SERVICES INC. | ACCT. REC. | 1121-000 | 96.30 | | 6,394.85 |
| 07/21/10 | 7 | SUC. ISRAEL FUENTES RODRIGUEZ | ACCT. REC. | 1121-000 | 90.00 | | 6,484.85 |
| 07/21/10 | 7 | SALVADOR APONTE GARAY DBA SALVADOR CONSTRUCTION | ACCT. REC. | 1121-000 | 94.85 | | 6,579.70 |
| 07/21/10 | 7 | INTERCONTINENTAL MARKETING GROUP INC | ACCT. REC. | 1121-000 | 38.95 | | 6,618.65 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 100.00 | | 6,718.65 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 144.45 | | 6,863.10 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 176.55 | | 7,039.65 |
| 07/21/10 | 7 | ASOCIACION PUERTORRIQUENA AMANTES DE LA MUSICA DEL AYER | ACCT. REC. | 1121-000 | 100.00 | | 7,139.65 |
| 07/21/10 | 7 | JULIO GARCIA PEREZ | ACCT. REC. | 1121-000 | 171.47 | | 7,311.12 |
| 07/21/10 | 7 | GFR CONSTRUCTION CORP | ACCT. REC. | 1121-000 | 160.50 | | 7,471.62 |
| 07/21/10 | 7 | ERNESTO CABRERA ZAYAS | ACCT. REC. | 1121-000 | 553.46 | | 8,025.08 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 412.63 | | 8,437.71 |
| 07/21/10 | 7 | FJ WELDING & SERVICES INC. | ACCT. REC. | 1121-000 | 128.50 | | 8,566.21 |
| 07/21/10 | 7 | TULIO FUENTES NIEVES | ACCT. REC. | 1121-000 | 15.20 | | 8,581.41 |
| 07/21/10 | 7 | CARLOS RODRIGUEZ OLIVER | ACCT. REC. | 1121-000 | 84.53 | | 8,665.94 |
| 07/21/10 | 7 | CARLOS RODRIGUEZ OLIVER | ACCT. REC. | 1121-000 | 115.24 | | 8,781.18 |
| 07/21/10 | 7 | IRMA RODRIGUEZ LOZADA | ACCT. REC. | 1121-000 | 48.15 | | 8,829.33 |
| 07/21/10 | 7 | ESTRELLA RIVERA | ACCT. REC. | 1121-000 | 192.60 | | 9,021.93 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 422.00 | | 9,443.93 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 200.62 | | 9,644.55 |
| 07/21/10 | 7 | ERICK NEGRON RIVERA | ACCT. REC. | 1121-000 | 291.00 | | 9,935.55 |
| 07/21/10 | 7 | JOSE CATALA PUIG | ACCT. REC. | 1121-000 | 266.72 | | 10,202.27 |
| 07/21/10 | 7 | JOSE CATALA PUIG | ACCT. REC. | 1121-000 | 294.73 | | 10,497.00 |
| 07/21/10 | 7 | JOSE CATALA PUIG | ACCT. REC | 1121-000 | 361.13 | | 10,858.13 |
| 07/21/10 | 7 | JOSE CATALA PUIG | ACCT. REC. | 1121-000 | 422.65 | | 11,280.78 |
| 07/21/10 | 7 | CARLOS SANTONI | ACCT. REC. | 1121-000 | 329.03 | | 11,609.81 |
| * 07/21/10 | 7 | ANGEL BAEZ CAMACHO | ACCT. REC. | 1121-003 | 136.43 | | 11,746.24 |
| 07/21/10 | 7 | ANTONIO ONEILL CANCEL | ACCT. REC. | 1121-000 | 406.60 | | 12,152.84 |
| 07/21/10 | 7 | RAFAELA GONZALEZ DE ROSSY | ACCT. REC. | 1121-000 | 176.02 | | 12,328.86 |
| 07/21/10 | 7 | RAFAEL VALLE | ACCT. REC. | 1121-000 | 145.00 | | 12,473.86 |
| 07/30/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.17 | | 12,474.03 |
| 08/31/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.04 | | 12,475.07 |
| 09/30/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.97 | | 12,476.04 |
| 10/29/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.94 | | 12,476.98 |
| * 11/08/10 | 7 | JOSE MONSERRATE RODRIGUEZ | ACCT. REC. INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -208.38 | | 12,268.60 |
| * 11/08/10 | 7 | JOSE MONSERRATE RODRIGUEZ | ACCT. REC. INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -133.75 | | 12,134.85 |
| * 11/08/10 | 7 | JOSE R. MONSERRATE TODRIGUEZ | ACCT. REC. INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -256.80 | | 11,878.05 |

PFORM24

Ver: 16.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 10-05867 -SEK  
Case Name: FERRETERIA SANTA ROSA, INC.  
Taxpayer ID No: *******7928  
For Period Ending: 06/30/11  

Trustee Name: WILFREDO SEGARRA-MIRANDA  
Bank Name: BANCO SANTANDER, P.R.  
Account Number / CD #: *******5491 BANCO SANTANDER, P.R.  
Blanket Bond (per case limit): $ 10,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 11/08/10 | 7 | LAURA RAMOS PENA | ACCT. REC.<br>INSUFFICIENT FUNDS 07/30/10 | 1121-003 | -8.35 | | 11,869.70 |
| * 11/08/10 | 7 | LAURA RAMOS PENA | ACCT. REC.<br>INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -8.35 | | 11,861.35 |
| * 11/08/10 | 7 | A.B.C. PLUMBING | ACCT. REC.<br>INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -40.82 | | 11,820.53 |
| * 11/08/10 | 7 | ANGEL BAEZ CAMACHO | ACCT. REC.<br>INSUFFICIENT FUNDS 7/30/10 | 1121-003 | -136.43 | | 11,684.10 |
| 11/30/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.04 | | 11,685.14 |
| 12/31/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.01 | | 11,686.15 |
| 01/31/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.00 | | 11,687.15 |
| 02/03/11 | 000301 | INTERNATIONAL SECURITIES | BLANKET BOND<br>ADDITIONAL NOTES DR. ADV. 12/31/10 | 2300-000 | | 39.57 | 11,647.58 |
| 02/28/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.91 | | 11,648.49 |
| 03/31/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.00 | | 11,649.49 |
| 04/29/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.94 | | 11,650.43 |
| 05/31/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.04 | | 11,651.47 |
| 06/08/11 | 000302 | BANCO SANTANDER, P.R. | DIFFERENCE IN DEPOSIT #49 | 1121-000 | | 0.50 | 11,650.97 |
| 06/30/11 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 0.97 | | 11,651.94 |

**Total Of All Accounts    11,651.94**

PFORM24

Ver: 16.02c